# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR 522-008 |
| ) | |
| BENJAMIN GODWIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Benjamin Godwin's Motion to Reinstate Jurisdiction. Dkt. No. 46.

Pursuant to a written plea agreement, Defendant pled guilty to Count 1 of the superseding indictment, that is, distribution of a controlled substance (cocaine), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C). Dkt. Nos. 33, 45. The Court sentenced Defendant to 151 months' imprisonment, to be served consecutively to the term of imprisonment imposed for violation of probation in Ware County Superior Court (Georgia), the unrelated prison term in Hillsborough County (Florida), and any term of imprisonment imposed for the unrelated charges in Lowndes County Superior Court (Georgia). Dkt. No. 45.

Defendant is currently in the custody of the Florida Department of Corrections, serving the sentence imposed by the court in Hillsborough County, Florida. Defendant's federal sentence has yet to be served. In his motion, Defendant requests this Court "have [him] transported back to the Federal Bureau of

Prisons due to the terms of the other courts being ran concurrently." Dkt. No. 46.

Defendant's motion is **DENIED**. As the Court ordered at the sentencing hearing, and as memorialized in the Judgment, Defendant's federal sentence runs consecutively to his state sentences.

**SO ORDERED**, this 21 day of November, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA